UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIMON J. BURCHETT PHOTOGRAPHY, INC., <br>           Plaintiff, <br><br> -v- <br><br> WARTSILA NORTH AMERICA, INC., *et al.*, <br>           Defendants. | 19-CV-11356 (JPO) <br><br> ORDER |

J. PAUL OETKEN, District Judge:

On February 6, 2020, Defendant Wartsila North America, Inc. filed its Motion to Dismiss Plaintiff's First Amended Complaint. (Dkt. No. 17.) Plaintiff's opposition to that motion was due on or before February 20, 2020. (*Id.*) However, Plaintiff has yet to file its opposition.

Accordingly, if Plaintiff does not file its opposition on or before March 17, 2020, the motion shall be considered unopposed.

SO ORDERED.

Dated: March 3, 2020
   New York, New York

                      _____
                          J. PAUL OETKEN
                       United States District Judge