**GF**

## GARBARINI FITZGERALD P.C.

250 Park Avenue
7th Floor
New York, New York 10177
Phone: 212.300.5358
Fax: 888.265.7054
www.garbarinilaw.com

March 17, 2020

VIA ECF
and EMAIL to (Failla_NYSDChambers@nysd.uscourts.gov)

Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   ***Simon J. Burchett Photography, Inc. v. Wartsila North America, Inc. et ano.,* 2019-
cv-11356 (KPF)**
**Notice of Settlement**

Your Honor:

I represent the plaintiff in the above matter and write to inform the Court that all issues in the above-matter have been settled, and the parties expect to file a Rule 41 Notice of Dismissal shortly.

GARBARINI FITZGERALD P.C.

By: _Richard M. Garbarini_

Richard M. Garbarini

cc: Defendant via ECF.